UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DAVID J. TOLIVER,

    Plaintiff,

v.                                                  Case No. 3:22-cv-00039-HLA-LLL

THE FLORIDA DEPARTMENT OF
CORRECTIONS, et al.,

    Defendants.
_____/

## NOTICE OF APPEARANCE

W. Blair Castle, Esquire, of the law firm of Bradley Arant Boult Cummings LLP, gives notice of his appearance, as counsel for Defendants Dr. E. Perez-Lugo[1], Erron Campbell, and Centurion of Florida, LLC, and request that, pursuant to the applicable Federal Rules of Civil Procedure, all future pleadings, correspondences, notices, and the like be served upon:

| | |
|---|---|
| W. Blair Castle, Esq. | bcastle@bradley.com (Primary) |
| Patsy Skidmore | pskidmore@bradley.com (Secondary) |
| Tammy Bennett | tbennett@bradley.com (Secondary) |
| Shelly Hayes | sdhayes@bradley.com (Secondary) |

Respectfully submitted:

*/s/ W. Blair Castle*
Brian A. Wahl (FBN 95777)
**BRADLEY ARANT BOULT CUMMINGS LLP**
One Federal Place-1819 5th Avenue, N.
Birmingham, AL  35203

---

[1] Appearance for Dr. Perez-Lugo is limited to claims against him occurring after April 24, 2016. Dr. Perez-Lugo has separate counsel for claims between September 15, 2013 and April 24, 2016.

Telephone: (205) 521-8000
Fax: (205) 521-8800
Primary Email:      bwahl@bradley.com
Secondary Email:  tramsay@bradley.com

Jacob Hanson (FBN 91453)
W. Blair Castle (FBN 1031504)
**BRADLEY ARANT BOULT CUMMINGS LLP**
100 North Tampa Street, Suite 2200
Tampa, FL  33602
Telephone: (813) 559-5500
Fax: (813) 229-5946
Primary Email:      jhanson@bradley.com
Primary Email:      bcastle@bradley.com
Secondary Email:  tabennett@bradley.com
                              sdhayes@bradley.com
***Counsel for Defendants Centurion of Florida, LLC, Dr. E. Perez-Lugo and Dr. Erron Campbell***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 15, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to counsel of record and that a true and correct copy of the foregoing was served, via U.S. Mail, on the following non-CM/ECF participant:

David J. Toliver, 045126
Union Correctional Institution
P.O. Box 1000
Raiford, FL  32083
*pro se Plaintiff*

/s/  W. Blair Castle
***Counsel for Defendants Centurion of Florida, LLC, Dr. E. Perez-Lugo and Dr. Erron Campbell***