UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**DAVID G. TOLIVER,**

    **Plaintiff,**

vs.                                    Case No.: 3:22-cv-00039-HLA-LLL

**FLORIDA DEPARTMENT OF CORRECTIONS, CENTURION OF FLORIDA, LLC, CORIZON HEALTH, INC., DR. E. PEREZ-LUGO, THOMAS REIMERS, ERRON CAMPBELL, JULIE JONES, MARK S. INCH, and RICKY D. DIXON,**

    **Defendants.**

_____/

## **NOTICE OF APPEARANCE OF COUNSEL**

PLEASE TAKE NOTICE that the undersigned hereby notices his appearance as counsel on behalf of Defendants Julie Jones, Mark S. Inch and Ricky D. Dixon, and requests that all pleadings, motions, and notices be served upon the undersigned at the address set forth below.

                                               Respectfully submitted,

                                               ASHLEY B. MOODY
                                               ATTORNEY GENERAL

                                               */s/ Anthony Dean Johnson*
                                               Anthony Dean Johnson
                                               Assistant Attorney General
                                               Florida Bar No.: 12084

        Office of the Attorney General
        PL-01, The Capitol
        Tallahassee, Florida 32399-1050
        (850) 414-3300
        Anthony.johnson@myfloridalegal.com
        joann.mrazek@myfloridalegal.com
        steven.holcomb@myfloridalegal.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed through the Court's CM/ECF system which will provide electronic service to all counsel of record and sent via U.S. Mail to David G. Toliver, #045126, Union Correctional Institution, P.O. Box 1000, Raiford, FL 32083 this 24th day of March 2022.

        */s/ Anthony Dean Johnson*
        Anthony Dean Johnson