UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**DAVID G. TOLIVER,**

    Plaintiff,

vs.                              Case No.: 3:22-cv-00039-HLA-LLL

**FLORIDA DEPARTMENT OF CORRECTIONS, CENTURION OF FLORIDA, LLC, CORIZON HEALTH, INC., DR. E. PEREZ-LUGO, THOMAS REIMERS, ERRON CAMPBELL, JULIE JONES, MARK S. INCH, and RICKY D. DIXON,**

    Defendants.
_____/

## NOTICE OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that the undersigned hereby notices his appearance as counsel on behalf of Defendants Thomas Reimers and Florida Department of Corrections and requests that all pleadings, motions, and notices be served upon the undersigned at the address set forth below.

                                            Respectfully submitted,

                                            ASHLEY B. MOODY
                                            ATTORNEY GENERAL

                                            */s/ Anthony Dean Johnson*
                                            Anthony Dean Johnson
                                            Assistant Attorney General
                                            Florida Bar No.: 12084

>Office of the Attorney General
>PL-01, The Capitol
>Tallahassee, Florida 32399-1050
>(850) 414-3300
>Anthony.johnson@myfloridalegal.com
>joann.mrazek@myfloridalegal.com
>steven.holcomb@myfloridalegal.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed through the Court's CM/ECF system which will provide electronic service to all counsel of record and sent via U.S. Mail to David G. Toliver, #045126, Union Correctional Institution, P.O. Box 1000, Raiford, FL  32083 this 5th day of May 2022.

>*/s/ Anthony Dean Johnson*
>Anthony Dean Johnson